UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: NORTH LOUISIANA MOTOR SPEEDWAY, LLC      CASE NO. 10-30427
 Debtor(s)

## JOINT MOTION OF INTENT TO SELL COLLATERAL
## TO SECURED CREDITOR AND PAY 506(C) COSTS

TO WHOM IT MAY CONCERN:

    NOW COMES Trustee and Creditor(s), who affirm that:

    (1) The above entitled bankruptcy was filed under Chapter 7, on 06/09/10, and MARK K. SUTTON, was duly appointed Trustee.

    (2) The creditor Community Trust Bank, is the holder of promissory note or notes, having a present unpaid balance of $28,778.17 as set forth in the attached exhibits, made a part hereof.

    (3) The promissory note or notes, described in (2) above, are secured by a mortgage encumbering:

        2008 DODGE /PK/Gray VIN: 1D7HA16288J241945

as set forth in the copy of the mortgage filed with the Court in the Proof of Claim.

    (4) The creditor's mortgage is a primary ranking encumbrance as set forth by either the mortgage certificate attached, or a copy of certificate of title filed with the Court in the Proof of Claim.

    (5) The property described in paragraph (3) is valued at $16,700.00 an amount less than that sum due creditor as set forth in (2), and there is, therefore, no equity in that property.

    (6) The creditor has requested that the property be sold by the Trustee, to said creditor, under Sections 363(f)(2) and 363(k) of the Bankruptcy Code, in satisfaction of the secured claim of creditor in the amount of $16,700.00, with creditor reserving the balance of its claim, being the sum of $12,078.17, as an unsecured claim. The creditor has been informed that it may request a non-cost abandonment, but, nevertheless, prefers the consensual sale.

(7) The creditor and Trustee agree that the Trustee has incurred costs and expenses in regard to the preservation of the property, as well as costs of this sale, in the amount of $350.00, all as is more clearly set forth in the itemized affidavit of said Trustee setting forth in detail the time and costs expended.

(8) The creditor and Trustee requests that the Court recognize the Trustee's costs and expenses, as set forth in (7), as Section 506(c) costs and expenses, as wells as authorizing the creditor to pay said costs and expenses to the Trustee upon the sale being consummated.

WHEREFORE, TRUSTEE AND CREDITOR PRAY that after proper notice of this proposed sale, and the payment of costs and expenses therein, is given to all creditors and parties in interest, pursuant to bankruptcy Rules 2002 and 6004, and after all delays have passed, that an Order issue herein, as follows:

(A) Authorizing and directing the Trustee to sell to the creditor that property described in (3) of this Motion in satisfaction of $16,700.00 on its secured claim, while reserving $12,078.17 to said creditor as an unsecured claim; and

(B) Recognizing and allowing the Section 506(c) costs and expenses payable by the secured creditor to the Trustee at consummation of the sale, to be the monetary sum of $350.00, and authorizing and ordering said creditor to pay said sum to the Trustee upon the consummation of the sale;

(C) If, and only if, an objection and request for hearing thereon is timely filed, said hearing will be held.

SIGNED this 18th day of June, 2010, in Natchitoches, Louisiana.

                                       By: /s/ Mark K. Sutton
                                         MARK K. SUTTON, TRUSTEE

SIGNED this 21st day of June, 2010, in Monroe, Louisiana.

                                       Community Trust Bank

                                       By:_/s/ R.Douglas Wood, Jr.
                                       PRINT NAME: