PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 SECTION 341 MEETING
DATE: 07/26/10

IN RE: NORTH LOUISIANA MOTOR SPEEDWAY, L

CASE NO: 10-30427-BKC

**APPEARANCES:**
(✓) DEBTOR 1
    ( ) Required picture I.D. produced
    ( ) Required SSN verification produced
    ( ) Pay advices received

( ) DEBTOR 2 (WIFE IN JOINT CASES)
    ( ) Required picture I.D. produced
    ( ) Required SSN verification produced
    ( ) Pay advices received

Abuse / No Abuse designation is ( ) accurate ( ) inaccurate because _____

Credit counseling certificate ( ) filed ( ) not filed

Tax returns received for _____

Financial Documents were ( ) retained by trustee ( ) returned to debtor (s)

(✓) DEBTOR'S REPRESENTATIVE: Stewart Bashner   235 0270
(✓) ATTORNEY FOR DEBTOR(S): Bradley L. Drell    102 Strasbourg U?
( ) DEBTOR(S) APPEARED PRO SE                     Witham
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, debtor has completed pro se from?

THE MEETING OF CREDITORS WAS:
    (✓) HELD:
        or
    ( ) NOT HELD
        or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 2010
        AT _____ O'CLOCK ____ A.M.

YES ( ) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

CREDITOR (S) _____

**DEBTOR(S) REQUIRED TO:**
( ) AMEND SCHEDULES AND STATEMENTS WITHIN _____ DAYS OF 341(A) MEETING.
( ) OTHER _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL NOTES: _____

Trustee anticipates withholding the NDR to pursue possible assets or other administrative matters: __yes __no

DATED: 7/26/10

TRUSTEE _____
MARK K. SUTTON, PRESIDING OFFICER

TRACK # 35

10-30427 - #88  File 07/29/10  Enter 07/29/10 10:17:09  Main Document  Pg 1 of 1