# JUDGE NOTES/MINUTE ENTRY
## MONROE
### Date: 08/12/2010 at 10:30 AM

10-30427 North Louisiana Motor Speedway, LLC

Chapter: 7

Bradley L. Drell representing North Louisiana Motor Speedway, LLC (Debtor In Possession)
Mark K. Sutton (Trustee)
Frances H. Strange representing Office of U. S. Trustee (U.S. Trustee)

| Filing Date | # | Docket Text |
|---|---|---|
| 07/08/2010 | 84 | First and Final Application for compensation and expenses Compensation/Expenses Requested for Bradley L. Drell and the law firm of Gold,Weems,Bruser,Sues & Rundell in the Amount of Fees for $18,680.75 Expenses for $2,234.01 Filed by Bradley L. Drell on behalf of North Louisiana Motor Speedway, LLC (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C) (Drell, Bradley) with certificate of service Modified on 7/9/2010 (troy). |
| 07/26/2010 | 86 | Objection to (Re: [84] Application for Compensation/Administrative Expenses) *with Certificate of Service* Filed by R. Douglas Wood Jr. on behalf of Community Trust Bank (Wood, R.) |

*JUDGE NOTES*: _____

___ Continued to _____ at _____.
X Application granted.
___ Application denied.
___ Application withdrawn.
___ Application moot.
X Order ~~signed~~ Drell/Wood.

X Agreed Order To Be Submitted

11:25:30 – 11:29:39