**SO ORDERED.**

**SIGNED August 17, 2010.**



                                                                  STEPHEN V. CALLAWAY
                                        UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:

NORTH LOUISIANA MOTOR SPEEDWAY, LLC        CASE NO.: 10-30427

                DEBTOR                        CHAPTER: 11

### ORDER ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES BY ATTORNEYS FOR THE DEBTOR IN POSSESSION, GOLD, WEEMS, BRUSER, SUES & RUNDELL

This matter came before the Court on the **First and Final Application for Compensation and Expenses by Attorneys for the Debtor in Possession, Gold, Weems, Bruser, Sues and Rundell**.

Premises considered:

**IT IS ORDERED** that the application is hereby granted, and that the applicant is hereby awarded $18,680.75 in compensation and $2,234.01 in reimbursement of expenses on a final basis.

**IT IS FURTHER ORDERED** that the applicant's retainer currently held in his trust account will remain in his trust account pending further orders of the Court either through a joint motion by

the applicant and agreed to by Community Trust Bank, or by an order stemming from the resolution of an adversary proceeding to determine the validity, extent and rank of any lien of Community Trust Bank against any funds held in applicant's trust account as a retainer.

###

Respectfully submitted by:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

/s/Bradley L. Drell
Bradley L. Drell (Bar Roll #24387)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone (318) 445-6471
Fax: (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS IN POSSESSION**

- **AND -**

**WOOD LAW FIRM, L.L.C.**
P.O. Drawer 2306
Monroe, Louisiana 71207-2306
Telephone: (318) 322-0736

/s/R.Douglas Wood, Jr.
**R. DOUGLAS WOOD, JR.**

# CERTIFICATE OF NOTICE

```
District/off: 0536-3         User: jrodgers          Page 1 of 1              Date Rcvd: Aug 17, 2010
Case: 10-30427               Form ID: pdf8           Total Noticed: 1

The following entities were noticed by first class mail on Aug 19, 2010.
dbpos        +North Louisiana Motor Speedway, LLC,   POB 7260,   Monroe, LA 71211-7260
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**                     Signature:  _Joseph Speetjens_